IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00672-WYD

IN RE THE APPLICATION OF:

SAMANTHA RYAN,

    Petitioner,

v.

ANTHONY JOHN RYAN,

    Respondent.

AND CONCERNING THE MINOR CHILDREN: CHLOE ELYSE RYAN (DOB 11/06/96) and ASHLYN THERESE RYAN (DOB 11/28/93)

---

**ORDER AND NOTICE OF PETITION UNDER HAGUE CONVENTION**
**(The Convention on the Civil Aspects of International**
**Child Abduction, done at the Hague on 25 Oct 1980, International**
**Child Abduction Remedies Act, 42 U.S.C. § 11601 et seq.)**

---

THIS MATTER is before the Court on Petitioner's Application for Return of the Minor Children to Petitioner filed April 4, 2007. This Notice and Order addresses only the Petitioner's request for a hearing and makes no determination as to the merits of the Petitioner's Application. Upon considering the Application for Return of the Minor Children to Petitioner, it is

ORDERED that Notice is hereby given to Respondent Anthony John Ryan that a Petition for Return of Child has been filed with the United States District Court for the District of Colorado. It is

FURTHER ORDERED that Respondent Anthony John Ryan shall appear before this Court on **Tuesday, May 1, 2007, at 3:00 p.m.**, in Courtroom 15 of the United States District Court for the District of Colorado, 901 19th Street, Tenth Floor, Denver, Colorado, 80294, and shall appear at that time with the minor children, Chloe Elyse Ryan and Ashlyn Therese Ryan, and with any and all passports and travel documents for the minor children, for a hearing on the merits of Petitioner's Application for Return of the Minor Children to Petitioner.  The Respondent may appear with or without counsel.  It is

FURTHER ORDERED that if the Respondent either fails to appear on May 1, 2007, with the minor children or with the aforementioned passports and travel documents, or removes the minor children or causes the minor children to be removed from the jurisdiction of this Court, the Court may issue an adverse ruling to the Respondent on the Application and may order Respondent to appear for a contempt hearing.  It is

FURTHER ORDERED that Respondent Anthony John Ryan shall be prohibited from removing the minor children, Chloe Elyse Ryan and Ashlyn Therese Ryan, from the jurisdiction of this Court pending final disposition of the Application.  It is

FURTHER ORDERED that a copy of this Order, along with a copy of the Application for Return of the Minor Children to Petitioner and its attachments, shall be immediately served by Petitioner or her counsel upon the Respondent, Anthony John Ryan.  It is

FURTHER ORDERED that within seven (7) days of being served with a copy of the Application for Return of the Minor Children to Petitioner, Respondent shall file a response to the Application.  It is

FURTHER ORDERED that Petitioner may, if she wishes, file a reply to the response within five (5) days of receipt thereof.

Dated:  April 5, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge