IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00672-WYD

IN RE THE APPLICATION OF:

SAMANTHA RYAN,

    Petitioner,

v.

ANTHONY JOHN RYAN,

    Respondent.

AND CONCERNING THE MINOR CHILDREN: CHLOE ELYSE RYAN (DOB 11/06/96) and ASHLYN THERESE RYAN (DOB 11/28/93)

## ORDER

This matter comes before the Court on the parties' Joint Motion to Vacate Hearing set for May 1, 2007 (filed May 1, 2007)  The Court, having reviewed the motion and being fully advised in the premises, finds and Orders as follows:

1. A hearing was set for today, May 1, 2007, at 3:00 p.m. on return of the above named minor children to Petitioner and for the children's return to the country of Australia.

2. The parties have reached an agreement regarding return of the children (*see* Stipulation Re: Return of Children to Australia attached to the parties' motion).  The parties request that today's hearing be vacated without prejudice to either party.

3. The Joint Motion to Vacate Hearing set for May 1, 2007, is **GRANTED**. The hearing set for today, May 1, 2007, at 3:00 p.m. is **VACATED** without prejudice to either party.

4. The parties shall file a status report or a stipulated motion to dismiss the case, if appropriate, on or before **Friday, June 1, 2007**.

Dated: May 1, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge