UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00672-WYD

IN RE THE APPLICATION OF:

SAMANTHA RYAN,

    Petitioner,

v.

ANTHONY RYAN,

    Respondent,

and

CONCERNING THE MINOR CHILDREN: C.E.R. (DOB 11/6/96) AND A.T.R. (DOB 11/28/93).

**ORDER ADOPTING STIPULATION REGARDING
RETURN OF CHILDREN TO AUSTRALIA**

This matter comes before the Court on the parties' Joint Motion to Adopt Stipulation Regarding Return of Children to Australia as Order of the Court (filed June 1, 2007).  The parties' counsel request that the Court adopt the parties' Stipulation. The Court, having reviewed the motion and being fully advised in the premises,

ORDERS that the Joint Motion to Adopt Stipulation Regarding Return of Children to Australia as Order of the Court is **GRANTED**.  In accordance therewith, the Court finds and orders as follows:

1. A Stipulation has been agreed to by the parties and the same has been filed by the parties with this Court on May 1, 2007. The Court adopts the parties' stipulation as an order of the Court and the parties are directed to abide by the terms and conditions contained therein.

Dated: June 5, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge