UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-00672-WYD

IN RE THE APPLICATION OF:

SAMANTHA RYAN,

    Petitioner,

v.

ANTHONY RYAN,

    Respondent,

and

CONCERNING THE MINOR CHILDREN: C.E.R. (DOB 11/6/96) AND A.T.R. (DOB 11/28/93).

### ORDER OF DISMISSAL

This matter comes before the Court on the parties' Stipulated Motion to Dismiss Without Prejudice (filed June 1, 2007). The Court, having reviewed the motion and being fully advised in the premises,

ORDERS that the Stipulated Motion to Dismiss Without Prejudice is **GRANTED**, and this case is **DISMISSED WITHOUT PREJUDICE**.

Dated:  June 5, 2007

                                              BY THE COURT:

                                              s/ Wiley Y. Daniel
                                              Wiley Y. Daniel
                                              U. S. District Judge